United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00965-MJC

Richard Meier Yost  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 5
Date Rcvd: Jul 17, 2023      Form ID: ntcnfhrg      Total Noticed: 90

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard Meier Yost, 956 State Route 502, Moscow, PA 18444-6415 |
| cr | + | NET Federal Credit Union, 119 Mulberry Street, Scratnon, PA 18503-1207 |
| 5550457 | + | Attorney John Fisher, 126 South Main Street, Pittston, PA 18640-1739 |
| 5550458 | + | NET Federal Credit Union, c/o Attorney John Fisher, 126 South Main Street, Pittston, PA 18640-1739 |
| 5538123 | | Net Federal Cu, 119 Mulberry St, Scranton, PA 18503-1207 |
| 5538132 | | Sheffield Financial Co, PO Box 25217, Winston Salem, NC 27114-5217 |
| 5538082 | | Yost Richard Meier, 956 State Route 502, Moscow, PA 18444-6415 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5538084 | | Email/Text: bknotices@totalcardinc.com | Jul 17 2023 18:47:00 | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 5538087 | | Email/Text: bnc-applied@quantum3group.com | Jul 17 2023 18:47:00 | Applied Bank, 4700 Exchange Ct, Boca Raton, FL 33431-4450 |
| 5538942 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2023 18:59:33 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5552956 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2023 18:59:56 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5538085 | | Email/Text: ally@ebn.phinsolutions.com | Jul 17 2023 18:46:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5538086 | | Email/Text: ally@ebn.phinsolutions.com | Jul 17 2023 18:46:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5538088 | | Email/Text: bnc-applied@quantum3group.com | Jul 17 2023 18:47:00 | Applied Bnk, Attn: Bankruptcy, 2200 Concord Pike Ste 102, Wilmington, DE 19803-2909 |
| 5538089 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5538090 | | Email/Text: bk@avant.com | Jul 17 2023 18:47:00 | Avant LLC/Web Bank, 222 Merchandise Mart Plz, Chicago, IL 60654-1103 |
| 5538091 | | Email/Text: bk@avant.com | Jul 17 2023 18:47:00 | Avant/WebBank, 222 N La Salle St Ste 1600, Chicago, IL 60601-1112 |
| 5538092 | | Email/Text: bankruptcy@bbandt.com | Jul 17 2023 18:47:00 | BB&T/Truist, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894-1847 |
| 5538096 | | Email/Text: cfcbackoffice@contfinco.com | Jul 17 2023 18:47:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, Wilmington, DE 19801 |
| 5538102 | | Email/Text: cfcbackoffice@contfinco.com | Jul 17 2023 18:47:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 5538103 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | | |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 5538104 | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jul 17 2023 18:47:00 | Cortrust Bank, Attn: Bankruptcy, PO Box 7030, Mitchell, SD 57301-7030 |
| | | Jul 17 2023 18:47:00 | Cortrust Bank NA, PO Box 7030, Mitchell, SD 57301-7030 |
| 5538093 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2023 18:59:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5538094 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2023 18:47:58 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5546710 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2023 18:47:51 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5538095 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 5538097 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:46 | Citi Bank/Shell, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5550339 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 19:00:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5538098 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:43 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5538099 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:55 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5538100 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:33 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5538101 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:43 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5538105 | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2023 18:47:56 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5538106 | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2023 18:59:43 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5538107 | Email/Text: mrdiscen@discover.com | Jul 17 2023 18:46:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5539205 | Email/Text: mrdiscen@discover.com | Jul 17 2023 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5538108 | Email/Text: mrdiscen@discover.com | Jul 17 2023 18:46:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5538109 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:43 | Exxnmobil/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538110 | Email/Text: Mercury@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Fb&T/Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 5538111 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Feb Destiny/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 5538112 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 17 2023 18:59:56 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5538113 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 17 2023 18:48:25 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5538114 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Genesis Fs Card, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5538115 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5538116 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 17 2023 18:49:21 | | Goodyear Tire/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5544043 | | Email/Text: ktramble@lendmarkfinancial.com Jul 17 2023 18:46:00 | | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER ST, COVINGTON, GA 30014 |
| 5547872 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 17 2023 18:59:32 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5538083 | | Email/Text: mylawyer@jpplaw.com Jul 17 2023 18:47:00 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5546697 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 17 2023 18:59:32 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5538121 | | Email/Text: ml-ebn@missionlane.com Jul 17 2023 18:46:00 | | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 5538122 | | Email/Text: ml-ebn@missionlane.com Jul 17 2023 18:46:00 | | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 5538117 | + | Email/Text: MDSBankruptcies@meddatsys.com Jul 17 2023 18:47:00 | | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 5538118 | | Email/Text: Mercury@ebn.phinsolutions.com Jul 17 2023 18:47:00 | | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5538119 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 17 2023 18:59:56 | | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5538120 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 17 2023 18:49:19 | | Merrick Bank/Ccholdings, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5538124 | | Email/PDF: cbp@omf.com Jul 17 2023 18:49:13 | | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5538125 | | Email/PDF: cbp@omf.com Jul 17 2023 18:49:12 | | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5538130 | | Email/Text: bkrgeneric@penfed.org Jul 17 2023 18:46:00 | | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5552978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2023 18:48:33 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5552593 | + | Email/PDF: resurgentbknotifications@resurgent.com Jul 17 2023 18:48:29 | | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5551981 | + | Email/PDF: ebnotices@pnmac.com Jul 17 2023 18:59:33 | | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5538126 | | Email/PDF: ebnotices@pnmac.com Jul 17 2023 18:59:58 | | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5538127 | + | Email/PDF: ebnotices@pnmac.com Jul 17 2023 18:59:51 | | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5538128 | | Email/Text: bkrgeneric@penfed.org Jul 17 2023 18:46:00 | | Pentagon FCU, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5538129 | | Email/Text: bkrgeneric@penfed.org Jul 17 2023 18:46:00 | | Pentagon Federal Cr Un, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5553053 | + | Email/Text: JCAP_BNC_Notices@jcap.com Jul 17 2023 18:47:00 | | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5550993 | | Email/Text: bnc-quantum@quantum3group.com Jul 17 2023 18:47:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5542740 | | Email/Text: bnc-quantum@quantum3group.com Jul 17 2023 18:47:00 | | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5550992 | | Email/Text: bnc-quantum@quantum3group.com | Jul 17 2023 18:47:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5548877 | | Email/Text: bnc-quantum@quantum3group.com | Jul 17 2023 18:47:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5538131 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 17 2023 18:48:27 | Secretary of Housing and Urban Develop, 451 7th St SW, Washington, DC 20410-0001 |
| 5538133 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 19:00:00 | Shell/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538134 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:33 | Sunoco/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538140 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:19 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5538135 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:12 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5538136 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:48:33 | Syncb/citgo, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5538137 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:16 | Syncb/citgo, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5538138 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:16 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5538139 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:48:30 | Syncb/venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5552919 | | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2023 18:49:22 | Synchrony Bank, by AIS InfoSource LP as agent, Dept. 888, PO Box 4457, Houston, TX 77210-4457 |
| 5538141 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:49:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5538142 | | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 18:59:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5538591 | + | Email/Text: bknotices@totalcardinc.com | Jul 17 2023 18:47:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 5538143 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Tbom/Atls/Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 5538144 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2023 18:47:00 | Tbom/milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 5538145 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:53 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538146 | | Email/Text: bknotices@totalcardinc.com | Jul 17 2023 18:47:00 | Total Visa/the Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 5538147 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 18:59:37 | Trac/Cbcd/Citicorp, Citicorp Credit/Centralized Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538148 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 19:10:15 | Tractor Supply/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538595 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 17 2023 18:48:27 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 83

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Richard Meier Yost MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| John Fisher | on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Meier Yost,
aka Richard M. Yost, aka Richard Yost,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−00965−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 17, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 24, 2023  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 17, 2023 |

ntcnfhrg (08/21)