United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                   Case No. 23-00965-MJC

Richard Meier Yost                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                             Page 1 of 2

Date Rcvd: Nov 01, 2023                         Form ID: pdf010                          Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

**Recip ID**               **Recipient Name and Address**

  +   Attn: Gerard M. Karam, US Atty, William J. Nealon Federal Building, 235 N. Washington Avenue, Suite 311, Scranton, PA 18503-1533

  +   Attn: Merrick B. Garland, US Atty General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5538131 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 01 2023 18:51:29 | Secretary of Housing and Urban Develop, 451 7th St SW, Washington, DC 20410-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023                     Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services  LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Jason Paul Provinzano

on behalf of Debtor 1 Richard Meier Yost MyLawyer@JPPLaw.com
g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

John Fisher

on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com  fisherlawoffice@yahoo.com

Michael Patrick Farrington

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 13
                                                :
Richard Meier Yost                              :        CASE NO.: 5:23-bk-00965-MJC
                              Debtor            :
                                                :
_____
                                                :
Richard Meier Yost                              :
                              Movant            :
       v.                                       :
                                                :
PennyMac Loan Services, LLC and                 :
Secretary of Housing and Urban Development      :
                            Respondent(s):
       and                                      :
                                                :
Jack N. Zaharopoulos, Trustee                   :
                              Trustee           :

## ORDER

Upon consideration of Movant's Motion to Approve Partial Claims Mortgage/ Subordinate Mortgage and Loan Modification Agreement, Dkt. # 30 ("Motion"), it is hereby

**ORDERED** that the Motion is hereby **GRANTED**, and it is further

**ORDERED** that the recording of said documents neither violates the automatic stay, 11 U.S.C. §362, nor the provisions of 11 U.S.C. §549.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 31, 2023