United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 23-00965-MJC
Richard Meier Yost Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 29, 2024      Form ID: pdf010      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Attn: David Spector, CEO/ President, PennyMac Loan Servicing, LLC, 3043 Townsgate Road, Ste 200, Westlake Village, California 91361-3027 |
| | + | Attn: Merrick B. Garland, US Atty General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| | + | William J. Nealon Federal Building, 235 N. Washington Avenue, Suite 311, Scranton, PA 18503-1533 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig H. Fox | |
| | on behalf of Creditor Lendmark Financial Services LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | |
| | on behalf of Debtor 1 Richard Meier Yost MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| John Fisher | |
| | on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |

Michael Patrick Farrington     on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Richard Meier Yost | : | CASE NO.: 5:23-bk-00965-MJC |
| Debtor | : | |

| | | |
|---|---|---|
| Richard Meier Yost | : | |
| Movant | : | |
| v. | : | |
| PennyMac Loan Services, LLC and Jack N. Zaharopoulos, Trustee | Respondent(s) : | |
| Trustee | : | |

## ORDER

Upon consideration of Movant's Motion to Approve Loan Modification Agreement, Dkt. # 41 ("Motion"), and no objections having been filed thereto, it is

**ORDERED** that the Motion is hereby **GRANTED**, and it is further

**ORDERED** that the recording of said document(s) neither violates the automatic stay, 11 U.S.C. §362, nor the provisions of 11 USC §549.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 29, 2024