**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**In RE:**

                                                                            **Chapter:**   13

RICHARD MEIER YOST                                                          **Claim Number:** 30

                                                                            **Case Number:** 23-00965

**Debtor(s)**

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only          ☑ Payment only          ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:                                              TO:

Payment Processing Center                          Payment Processing Center

P.O. Box 78367                                     P.O. Box 660618

Phoenix, AZ 85062                                  Dallas, TX 75266-0618

Date:  06/11/2024

/s/ Amitkumar Sharma

Creditor's Authorized Agent for Ally Bank

**In RE:**

      **Chapter:** 13

  RICHARD MEIER YOST

      **Case Number:** 23-00965

**Debtor(s)**

# Certificate of Service

I certify that on 06/11/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
JASON PAUL PROVINZANO
MYLAWYER@JPPLAW.COM

Trustee
JACK N ZAHAROPOULOS

United States Trustee
UNITED STATES TRUSTEE

/s/ Amitkumar Sharma
_____
Amitkumar Sharma
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com