**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

**IN RE:**

RICHARD MEIER YOST
aka RICHARD M. YOST
aka RICHARD YOST

                               Debtor

ALLY BANK

                             Movant

CASE NO.: 5:23-BK-00965-MJC

CHAPTER 13

Nature of Proceeding: Stipulation
Resolving Ally Bank's Motion for Relief
from Automatic Stay and Codebtor Stay

Pleading: Ally Bank's Motion for Relief
from Automatic Stay and Codebtor Stay

Document#: 46

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒    The undersigned counsel certifies as follows:

(1)    A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

        ☐    Thirty (30) days.

        ☒    Forty-five (45) days.

        ☐    Sixty (60) days.

(2)    If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 9/6/2024

                                */s/ Regina Cohen*
                                Regina Cohen
                                Attorney for Ally Bank