**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO.: 5:23-BK-00965-MJC |
| RICAHRD MEIER YOST | : | |
| Debtor(s) | : | CHAPTER 13 |
| | : | |
| ALLY BANK | : | Nature of Proceeding: Stipulation Resolving |
| Movant(s) | : | Ally Bank's Motion for Relief from |
| | : | Automatic Stay |
| vs. | : | |
| | : | |
| RICHARD MEIER YOST | : | Pleading: Ally Bank's Motion for |
| | : | Relief from Automatic Stay |
| and | : | |
| | : | |
| JACK N ZAHAROPOULOS, | : | |
| Trustee | : | Docket#: 46 |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy

of the Request to Relist Motion of Creditor/Movant above for Relief from the Automatic Stay

was served via first class mail on October 21, 2024 upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:   October 21, 2024      By:   s/ Regina Cohen
Regina Cohen, Esquire
Suite 500 190 North Independence Mall West
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303
Attorney for Ally Bank

**<u>SERVICE LIST</u>**

Jason Paul Provinzano
Law Offices of Jason P.
Provinzano, LLC
16 W. Northampton Street
Wilkes Barre, PA 18701
(570) 822-5771
Fax : 570 908-6664
Email: MyLawyer@JPPLaw.com
(Via ECF Only)


Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
(Via ECF Only)


Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov
(Via ECF Only)


Debtor:
Richard Meier Yost
aka Richard M. Yost
aka Richard Yost
956 State Route 502
Moscow, PA 18444-6415
(Via First Class Mail)