United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Richard Meier Yost<br>    Debtor | Case No. 23-00965-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2
Date Rcvd: Jul 09, 2025          Form ID: pdf010          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

**Recip ID**     **Recipient Name and Address**
   +   Attn: Payroll Department, Keeler Transport, 301 Green Ridge Street, Scranton, PA 18509-1813

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Craig H. Fox
    on behalf of Creditor Lendmark Financial Services LLC Bankruptcy@Foxandfoxlaw.com,
    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

Denise E. Carlon
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Jason Paul Provinzano
    on behalf of Debtor 1 Richard Meier Yost MyLawyer@JPPLaw.com
    g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

John Fisher
    on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Regina Cohen

on behalf of Creditor Ally Bank rcohen@lavin-law.com

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
Richard Meier Yost : Chapter 13
         Movant :
    vs : Case No: 5:23-bk-00965-MJC
  :
Keeler Transport and : Motion to Authorize
Jack N. Zaharopoulos (Trustee) : Wage Attachment
         Respondents :
_____

### ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition Under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby ORDERED that until further Order of this Court:

      Attn: Payroll Department
      Keeler Transport
      301 Green Ridge Street
      Scranton, PA 18509

shall deduct from said Debtor's income the total sum of **$53.54 from each weekly paycheck**, beginning on the next day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee / Trustee | Amount Per Weekly Paycheck | Memo Line Text |
| --- | --- | --- |
| Jack N. Zaharopoulos (Trustee)<br>PO Box 6008<br>Memphis, TN 38101 | $53.54 | 5:23-bk-00965-MJC |

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor except the amount required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number 5:23-bk-00965-MJC on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this ORDER supersedes previous Orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order on May 1, 2028, if it is not terminated by an earlier Order from this Court.

IT IS FURTHER ORDERED that this Order will terminate without further Order in the event that Movant's Chapter 13 Case is Dismissed or upon receipt of an Order of Discharge.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 9, 2025