IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RICHARD MEIER YOST<br>*AKA* RICHARD M. YOST<br>*AKA* RICHARD YOST<br>        Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br>        Movant,<br><br>v.<br>RICHARD MEIER YOST, and<br>JACK N ZAHAROPOULOS, Trustee<br>        Respondents | Bankruptcy No. 5:23-bk-00965-MJC<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a. Relief from the Automatic Stay is granted as to the interest of 2015 GMC Sierra1500 Crew Cab Denali, VIN: 3GTU2WEC6FG130810.

    b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Mark J. Conway
U.S. Bankruptcy Court Judge