# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard Meier Yost a/k/a Richard M. Yost, a/k/a Richard Yost<br><br>          Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>          Moving Party<br>    vs.<br><br>Richard Meier Yost a/k/a Richard M. Yost, a/k/a Richard Yost<br>          Debtor(s)<br><br>Jack N. Zaharopoulos<br>          Trustee | CHAPTER 13<br><br><br>NO. 23-00965 MJC<br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF CONCURRENCE

Debtor has concurred with the request to withdraw the Motion for Relief.

                                              Respectfully submitted,

                                              **/s/ Matthew Fissel**
                                              Matthew Fissel, Esquire
                                              Attorneys for Movant/Applicant