United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00965-MJC |
| Richard Meier Yost | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 21, 2025      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Heather Marie Yost, 956 SR 502, Spring Brook Township, PA 18444-6415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Consumer Portfolio Services Inc. blemon@bernsteinlaw.com |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Ally Financial ANHSOrlans@InfoEx.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | |

        on behalf of Debtor 1 Richard Meier Yost MyLawyer@JPPLaw.com
        g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

John Fisher
        on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Matthew K. Fissel
        on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Regina Cohen
        on behalf of Creditor Ally Bank rcohen@lavin-law.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | |
|---|---|
| IN RE:<br><br>RICHARD MEIER YOST<br>  AKA RICHARD M. YOST<br>  AKA RICHARD YOST<br><br>          Debtor | Chapter 13<br>Case No. 5:23-bk-00965-MJC |
| ALLY FINANCIAL<br><br>          Movant<br><br>v.<br><br>RICHARD MEIER YOST<br>  AKA RICHARD M. YOST<br>  AKA RICHARD YOST<br>     (Debtor)<br><br>JACK N. ZAHAROPOULOS<br>     (Trustee)<br><br>          Respondents | |

## ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by Ally Financial, the Stipulation Order and Certification of Default, Doc. 91, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1. The Motion is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. §362(a) is hereby modified for purposes of permitting the Movant to proceed and continue to levy and sell the **2015**

**Chevrolet Equinox VIN 1GNFLGEK5FZ112129** ("Vehicle"), and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(4) is waived to allow Ally Financial to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 21, 2025

2