IN RE:   RICHARD MEIER YOST
AKA: RICHARD YOST, RICHARD M.
YOST

CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

CASE NO:   5-23-00965-MJC

RICHARD MEIER YOST
AKA: RICHARD YOST, RICHARD M.
YOST

        Respondent(s)

## CERTIFICATION OF DEFAULT

        AND NOW on May 27, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

        As of May 27, 2026, the Debtor(s) is/are $727.60 in arrears a plan payment having last been made on April 9, 2026.

        In accordance with said stipulation, the case may be dismissed

Dated:    May 27, 2026

Respectfully submitted,

/s/    Agatha R. McHale, Esquire
ID:  47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    RICHARD MEIER YOST
           AKA: RICHARD YOST, RICHARD M.
           YOST                CHAPTER 13

        Debtor(s)

        JACK N. ZAHAROPOULOS        CASE NO:  5-23-00965-MJC
        CHAPTER 13 TRUSTEE
           Movant

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 27, 2026, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE PA  18701-1708

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class Mail
RICHARD MEIER YOST
956 STATE ROUTE 502
MOSCOW  PA  18444-6415

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 27, 2026                 /s/  Ashley Schott
                                    Office of the Standing Chapter 13 Trustee
                                    Jack N. Zaharopoulos
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    email: info@pamd13trustee.com