United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                           Case No. 23-00965-MJC

Richard Meier Yost                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                   User: AutoDocke                                   Page 1 of 6

Date Rcvd: Jun 01, 2026                          Form ID: pdf010                                 Total Noticed: 94

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Richard Meier Yost, 956 State Route 502, Moscow, PA 18444-6415 |
| cr | + | Consumer Portfolio Services, Inc., c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 UNITED STATES 15219-4430 |
| cr | + | NET Federal Credit Union, 119 Mulberry Street, Scratnon, PA 18503-1207 |
| 5550457 | + | Attorney John Fisher, 126 South Main Street, Pittston, PA 18640-1739 |
| 5562603 | | Lendmark Financial Services, LLC, Fox and Fox Attorneys at Law, P.C>, c/o Craig H. Fox, Esquire, 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 5550458 | + | NET Federal Credit Union, c/o Attorney John Fisher, 126 South Main Street, Pittston, PA 18640-1739 |
| 5538123 | | Net Federal Cu, 119 Mulberry St, Scranton, PA 18503-1207 |
| 5538082 | | Yost Richard Meier, 956 State Route 502, Moscow, PA 18444-6415 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 18:50:35 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5538084 | | Email/Text: famc-bk@1stassociates.com | Jun 01 2026 18:51:00 | 1st Access/Tbom/Vt, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 5538087 | | Email/Text: bnc-applied@quantum3group.com | Jun 01 2026 18:51:00 | Applied Bank, 4700 Exchange Ct, Boca Raton, FL 33431-4450 |
| 5538942 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 18:50:35 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5552956 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 18:50:59 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5538085 | | Email/Text: ally@ebn.phinsolutions.com | Jun 01 2026 18:51:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5538086 | | Email/Text: ally@ebn.phinsolutions.com | Jun 01 2026 18:51:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5538088 | + | Email/Text: bnc-applied@quantum3group.com | Jun 01 2026 18:51:00 | Applied Bnk, Attn: Bankruptcy, 2200 Concord Pike Ste 102, Wilmington, DE 19803-2978 |
| 5538089 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 01 2026 18:51:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5538090 | | Email/Text: bk@avant.com | Jun 01 2026 18:51:00 | Avant LLC/Web Bank, 222 Merchandise Mart Plz, Chicago, IL 60654-1103 |
| 5538091 | | Email/Text: bk@avant.com | Jun 01 2026 18:51:00 | Avant/WebBank, 222 N La Salle St Ste 1600, Chicago, IL 60601-1112 |
| 5538092 | | Email/Text: bankruptcy@bbandt.com | Jun 01 2026 18:51:00 | BB&T/Truist, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894-1847 |
| 5538096 | | Email/Text: cfcbackoffice@contfinco.com | | |

| | | | |
|---|---|---|---|
| | | Jun 01 2026 18:51:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, Wilmington, DE 19801 |
| 5538102 | Email/Text: cfcbackoffice@contfinco.com | Jun 01 2026 18:51:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 5538103 | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jun 01 2026 18:51:00 | Cortrust Bank, Attn: Bankruptcy, PO Box 7030, Mitchell, SD 57301-7030 |
| 5538104 | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jun 01 2026 18:51:00 | Cortrust Bank NA, PO Box 7030, Mitchell, SD 57301-7030 |
| 5538093 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2026 18:50:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5538094 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2026 18:50:46 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5546710 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2026 18:50:57 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5538095 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 01 2026 18:51:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 5538097 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:10 | Citi Bank/Shell, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5550339 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5538098 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:17 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5538099 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:22 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5538100 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:10 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5538101 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:22 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5538105 | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2026 18:50:36 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5538106 | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2026 18:50:49 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5538107 | Email/Text: mrdiscen@discover.com | Jun 01 2026 18:51:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5539205 | Email/Text: mrdiscen@discover.com | Jun 01 2026 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5538108 | Email/Text: mrdiscen@discover.com | Jun 01 2026 18:51:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5538109 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:22 | Exxnmobil/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538110 | Email/Text: Mercury@ebn.phinsolutions.com | Jun 01 2026 18:51:00 | Fb&T/Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 5538111 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 01 2026 18:51:00 | Feb Destiny/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 5538112 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 01 2026 18:50:49 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5538113 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 01 2026 18:50:35 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |

| 5538114 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jun 01 2026 18:51:00 | Genesis Fs Card, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5538115 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jun 01 2026 18:51:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5538116 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 01 2026 19:01:22 | Goodyear Tire/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5544043 | | Email/Text: bk@lendmarkfinancial.com | | |
| | | | Jun 01 2026 18:51:00 | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER ST, COVINGTON, GA 30014 |
| 5547872 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 01 2026 18:51:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5538083 | | Email/Text: mylawyer@jpplaw.com | | |
| | | | Jun 01 2026 18:51:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5546697 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 01 2026 18:50:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5538121 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Jun 01 2026 18:51:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 5538122 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Jun 01 2026 18:51:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 5538117 | + | Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | | Jun 01 2026 18:51:00 | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 5538118 | | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Jun 01 2026 18:51:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5538119 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 01 2026 18:50:35 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5538120 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 01 2026 18:50:57 | Merrick Bank/Ccholdings, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5538124 | | Email/PDF: cbp@omf.com | | |
| | | | Jun 01 2026 18:50:44 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5538125 | | Email/PDF: cbp@omf.com | | |
| | | | Jun 01 2026 18:50:57 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5538130 | | Email/Text: bkrgeneric@penfed.org | | |
| | | | Jun 01 2026 18:51:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5552978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 01 2026 18:51:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5552593 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 01 2026 18:51:00 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5551981 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jun 01 2026 19:01:22 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5538126 | | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jun 01 2026 19:01:22 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5538127 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jun 01 2026 19:01:22 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5538128 | | Email/Text: bkrgeneric@penfed.org | | |
| | | | Jun 01 2026 18:51:00 | Pentagon FCU, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5538129 | | Email/Text: bkrgeneric@penfed.org | | |
| | | | Jun 01 2026 18:51:00 | Pentagon Federal Cr Un, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5553053 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jun 01 2026 18:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5550993 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | |
|---|---|---|
| | Jun 01 2026 18:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5562291   + Email/Text: bnc-quantum@quantum3group.com | Jun 01 2026 18:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5542740   Email/Text: bnc-quantum@quantum3group.com | Jun 01 2026 18:51:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5550992   Email/Text: bnc-quantum@quantum3group.com | Jun 01 2026 18:51:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5548877   Email/Text: bnc-quantum@quantum3group.com | Jun 01 2026 18:51:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5538131   Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 01 2026 18:50:57 | Secretary of Housing and Urban Develop, 451 7th St SW, Washington, DC 20410-0001 |
| 5538132   Email/Text: bankruptcy@bbandt.com | Jun 01 2026 18:51:00 | Sheffield Financial Co, PO Box 25217, Winston Salem, NC 27114-5217 |
| 5538133   Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:17 | Shell/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538134   Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:22 | Sunoco/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538140   Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 18:50:56 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5538135   + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 18:50:43 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5538136   + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 18:50:44 | Syncb/citgo, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5538137   Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 18:50:56 | Syncb/citgo, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5538138   Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 18:50:43 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5538139   + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 18:50:44 | Syncb/venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5552919   Email/PDF: ebn_ais@aisinfo.com | Jun 01 2026 19:01:09 | Synchrony Bank, by AIS InfoSource LP as agent, Dept. 888, PO Box 4457, Houston, TX 77210-4457 |
| 5538141   Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 18:50:58 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5538142   Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 18:50:59 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5538591   + Email/Text: famc-bk@1stassociates.com | Jun 01 2026 18:51:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 5538143   Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 01 2026 18:51:00 | Tbom/Atls/Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 5538144   Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 01 2026 18:51:00 | Tbom/milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 5538145   Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 19:01:11 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538146   Email/Text: famc-bk@1stassociates.com | Jun 01 2026 18:51:00 | Total Visa/the Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 5538147   Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|  |  |  |
|---|---|---|
|  | Jun 01 2026 19:01:17 | Trac/Cbcd/Citicorp, Citicorp Credit/Centralized Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538148    Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  | Jun 01 2026 19:01:10 | Tractor Supply/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5538595    Email/PDF: OGCRegionIIIBankruptcy@hud.gov |  |  |
|  | Jun 01 2026 18:50:57 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 86

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Lendmark Financial Services, LLC, Fox and Fox Attorneys at Law, P.C>, c/o Craig H. Fox, Esquire, 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5562604 | * | Lendmark Financial Services, LLC, Fox and Fox Attorneys at Law, P.C>, c/o Craig H. Fox, Esquire, 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5562290 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Consumer Portfolio Services Inc. blemon@bernsteinlaw.com, agilbert@bernsteinlaw.com |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services LLC Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Eliza Garifullina | on behalf of Creditor Ally Financial ANHSOrlans@InfoEx.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Richard Meier Yost MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| John Fisher | on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |

Matthew K. Fissel

 on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Regina Cohen

 on behalf of Creditor Ally Bank rcohen@lavin-law.com

United States Trustee

 ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Richard Meier Yost<br>aka Richard M. Yost<br>aka Richard Yost | | Chapter: 13 |
| | Debtor 1 | Case No.: 5:23-bk-00965-MJC |
| Jack N Zaharopoulos,<br>Standing Chapter 13<br>vs. | Movant(s) | |
| Richard Meier Yost<br>aka Richard M. Yost<br>aka Richard Yost | | |
| | Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 98, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 1, 2026